UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 5:11-MJ-1271

UNITED STATES OF AMERICA :
:
v. : ORDER FOR DISMISSAL
:
DANTE TYRONE JONES, JR. :

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Criminal Complaint No. 5:11-M-1271 and arrest warrant against the above-captioned defendant due to information gathered as a result of further investigation in the case and it is believed the above-captioned defendant will be prosecuted in the District of Arizona for similar offenses.

FELICE McCONNELL CORPENING
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

Date: 2/14/12